IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Bibbs, Walter | Case Number: 07 B 07658 |
| | Judge: Hollis, Pamela S |
| Printed: 4/29/08 | Filed: 4/27/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 17, 2008
Confirmed: July 2, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,350.00 | |
| Secured: | | 1,299.10 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 924.00 |
| Trustee Fee: | | 126.90 |
| Other Funds: | | 0.00 |
| Totals: | 2,350.00 | 2,350.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Jennifer A Blanc Douge | Administrative | 1,500.00 | 924.00 |
| 2. | Mortgage Electronic Registration Sys | Secured | 0.00 | 0.00 |
| 3. | DaimlerChrysler Servs North America | Secured | 12,255.52 | 1,299.10 |
| 4. | Mortgage Electronic Registration Sys | Secured | 15,593.05 | 0.00 |
| 5. | Midland Credit Management | Unsecured | 16.21 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 94.85 | 0.00 |
| 7. | DaimlerChrysler Servs North America | Unsecured | 0.02 | 0.00 |
| 8. | Capital One | Unsecured | 292.67 | 0.00 |
| 9. | Discover Financial Services | Unsecured | | No Claim Filed |
| 10. | J C Penney Card Bank N.A. | Unsecured | | No Claim Filed |
| 11. | Retailers National Bank | Unsecured | | No Claim Filed |
| | | | $ 29,752.32 | $ 2,223.10 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 126.90 |
| | $ 126.90 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Bibbs, Walter

Printed:  4/29/08

Case Number:  07 B 07658
Judge:  Hollis, Pamela S
Filed:  4/27/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

